NEW ENGLAND WATER WORKS COMPANY, Appellant, *v.* THE FARMERS' LOAN AND TRUST COMPANY, Respondent.

*New England Water Works Co.* v. *Farmers' L. & T. Co.,* 65 App. Div. 610, affirmed.

(Argued December 3, 1902; decided December 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 15, 1901, affirming a judgment in favor of defendant entered upon a verdict directed by the court.

*George H. Yeaman* for appellant.

*David McClure* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: GRAY, J.

---

HIRAM L. BARKER, Respondent, *v.* GEORGE K. HIGBIE, Appellant.

*Barker* v. *Higbie,* 59 App. Div. 627, affirmed.

(Submitted December 3, 1902; decided December 18, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 2, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the Monroe County Court on trial without a jury.

*George E. Warner* for appellant.

*Hiram L. Barker,* respondent, in person.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ. Absent: GRAY, J.